**FILED**
August 27, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OLIVIA D. COUNTY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL NO. SA-24-CV-591-OLG |
| | ) |
| | ) |
| U.S. JUDGE FRED BIERY, et. al. | ) |
| | ) |
| Defendants | ) |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

On this date the Court considered the report and recommendation of United States Magistrate Judge Henry J. Bemporad, filed in the above-styled and numbered cause on July 30, 2024. Docket no. 8. The parties were served with a copy of the recommendation, and no objections have been filed.[1] Where no party has objected to the Magistrate Judge's recommendation, the Court need not conduct a de novo review. Instead, the Court need only review the recommendation and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).

The Court has reviewed the recommendation and the findings and conclusions therein are neither clearly erroneous nor contrary to law. It is therefore ORDERED

---

[1] A party desiring to object to a magistrate judge's findings and recommendations must file and serve written objections within 14 days after being served with the recommendations. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2). Service is made to the last known address of the party or her attorney, and service by mail is complete upon mailing. FED. R. CIV. P. 5(b). It is incumbent on all parties to keep the Court apprised of their current address.

that the recommendation of United States Magistrate Judge Henry J. Bemporad (docket no. 8) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1). It is further ORDERED that all claims asserted herein are DISMISSED *sua sponte* for failure to prosecute and failure to comply with a court order. This case may be closed.

SIGNED on the 27 day of August, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE